UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 05-1804 |
| | SECTION "P" |
| versus | |
| | JUDGE DEE D. DRELL |
| STEVEN AUBREY BURNETTE | MAGISTRATE JUDGE JAMES D. KIRK |

ORDER

Before the court is plaintiff, Steven Aubrey Burnette's ("Burnette"), motion entitled, "Motion for Funds to Hire a Neurological, Optomolagy [sic] and ENT Expert" (Doc. Item 107). Burnette, a pro se litigant, requests the court to appropriate funds so he may hire these expert witnesses to prove his damages at trial. In support, he relies upon 28 U.S.C. §1915 which provides in relevant part, "the same remedies shall be available as are provided for by law in other cases."  However, the Fifth Circuit held "[t]he plain language of section 1915 does not provide for the appointment of expert witnesses to aid an indigent litigant." Pedraza v. Jones, 71 F.3d 194, 196 (5th Cir. 1995).

Accordingly, Burnette's motion is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of June, 2007.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE