UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE,<br>   Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV06-1396-A |
| VERSUS | |
| BUREAU OF PRISONS, et al.,<br>   Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

O R D E R

Burnette filed a motion for entry of default against the United States (Docs. 134, 139) and motion for sanctions against the United States (Doc. 140) due to its failure to file an answer to the complaint. Since the United States responded to the complaint with a partial motion to dismiss, default and sanctions are not appropriate at this time. Burnette's motions for default and sanctions (Docs. 134, 139, 140) are DENIED.

The United States' answer on Burnette's remaining claims is now due.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 5th day of February, 2009.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE