RECEIVED
IN ALEXANDRIA, LA

SEP 29 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE | DOCKET NO. 1:06-cv-01396 |
| VERSUS | JUDGE DEE D. DRELL |
| U.S. BUREAU OF PRISONS, et al. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Document No. 102), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction and Motion to Transfer Inmate to Another Facility (Document No. 83) as well as Plaintiff's Motion for Injunctive Order (Document No. 84) be and are hereby **DENIED** as moot.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of September, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE