RECEIVED
SEP 09 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE, Plaintiff | CIVIL ACTION NO. CV06-1396-A |
| VERSUS | JUDGE DEE D. DRELL |
| U.S. BUREAU OF PRISONS, et al., Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Burnette's "motion to vacate judgment of dismissal" (Doc. 256) and motion for settlement conference hearing transcript at government's expense and stay pending disposition" (Doc. 257) are DENIED AS MOOT AND DISMISSED WITH PREJUDICE.

IT IS FURTHER RECOMMENDED that the parties' joint motion to dismiss (Doc. 525) is GRANTED and this action is DISMISSED IN ITS ENTIRETY AS AGAINST ALL REMAINING DEFENDANTS, WITH PREJUDICE

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 8th day of September, 2010.

DEE D. DRELL
UNITED STATES DISTRICT